IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. GREENSPAN, | No. CV 09-04256 CRB |
| Plaintiff, | **ORDER VACATING SCHEDULING ORDER** |
| v. | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP, et al. | |
| Defendant. | |

The Court is in receipt of a letter from Defendants asking the Court to vacate its Scheduling Order in light of a pending motion for reconsideration in the Bankruptcy Court. Having carefully considered Defendants' letter and finding good cause therefor, the Court hereby VACATES the Scheduling Order and DIRECTS Defendants to notify this Court once the Bankruptcy Court has issued its order on the motion for reconsideration.

**IT IS SO ORDERED.**



Dated: September 24, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4256\order vacating scheduling order.wpd